Joseph STONE, Individually and as Personal Representative of the Estate of Lucy Stone and Next Friend of Joshua Stone, Plaintiffs/Appellants,

v.

Jonathan BORTZ, M.D., and Kent Wehmeier and Endocrine Associates, Inc. d/b/a Bortz Diabetes Control Center, Defendants/Respondents.

No. ED 80100.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 16, 2002.

Application for Transfer to Supreme Court Denied Aug. 29, 2002.

Application for Transfer Denied
Oct. 22, 2002.

Gretchen Myers, David S. Corwin, St. Louis, MO, for appellant.

Philip L. Willman, Robyn Greifzu Fox, Catherine Vale Jochens, St. Louis, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN and LAWRENCE E. MOONEY, JJ.

*ORDER*

PER CURIAM.

Appellants Joseph Stone and Joshua Stone (collectively "Plaintiffs") appeal the judgment in favor of defendants Jonathan Bortz, Kent Wehmeier and Endocrine Associates, Inc. (collectively "Defendants") following a jury trial. We have reviewed the briefs of the parties and the record on

appeal and find no error of law. An extended opinion would be of no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).